IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The Estate of BARRY WIELAND, by and through his Executor, F.E. WIELAND, </br></br>    Plaintiff, </br></br>    v. </br></br> NAVAJO SHIPPERS, INC., </br></br>    Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)  Case No.05-cv-4177-JPG</br>)</br>)</br>)</br>) |

## ORDER

**GILBERT, District Judge:**

This matter is before the Court on the parties' Sipulation for Final Order of Dismissal (Doc. 19).  Under Federal Rule of Civil Procedure 41(a)(1)(ii) an action may be dismissed by the plaintiff by filing a stipulation of dismissal signed by all parties who have appeared in the action.  This stipulation of dismissal, by itself, has the effect of dismissing the plaintiffs' action.  Therefore, the Court finds that this action has been **DISMISSED** and **DIRECTS** the **Clerk of Court** to enter judgment accordingly.

   **IT IS SO ORDERED.**

   **Dated: March 21, 2006.**

                                                  /s/ J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **U.S. District Judge**