**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| The Estate of BARRY WIELAND, by | ) | |
| and through his Executor, F.E. | ) | |
| WIELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.05-cv-4177-JPG |
| | ) | |
| NAVAJO SHIPPERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This matter having come before the Court upon the parties'

stipulation of dismissal and the Court having found that plaintiff has voluntarily dismissed this

action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant

Navajo Shippers, Inc. in this case are **DISMISSED.**

**DATE: March 21, 2006**

**NORBERT G. JAWORSKI, CLERK**

**By: s/ Judith Prock                           
Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert                           
J. PHIL GILBERT
U.S. District Judge**